THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Kerry W. Shea and Jennifer R. Shea, Individually and as a Marital Community, as owners of the M/V SATISFACTION, Hull Identification No. 26B05413, for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Civil Action No.: CV05-5633FDB<br><br>**CLERK'S CITATION TO MARSHAL TO ISSUE NOTICE OF LIMITATION PROCEEDING** |

Whereas a complaint has been filed in the United States District Court for the Western District of Washington by Kerry W. Shea and Jennifer R. Shea, owners of the M/V SATISFACTION, Hull Identification No. 26B05413 for limitation of or exoneration from liability in respect of loss, damage and injury resulting from an incident at Harborview Marina, Gig Harbor, Washington, which occurred on August 31, 2005, and praying that a Notice issue out of this Court citing all persons claiming damages against Plaintiffs for any and all losses and injuries to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for Plaintiffs a copy thereof, and that if it should appear that the Plaintiffs are not liable for any such loss or injury, it may be so finally adjudged by this Court; and

CLERK'S CITATION TO MARSHAL TO ISSUE
NOTICE OF LIMITATION PROCEEDING - 1

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515

Whereas this Court having directed an Order entered herein on the 21st day of October, 2005, that a Notice issue in the form attached hereto citing all persons claiming against the Plaintiffs losses or injuries occasioned by the August 31, 2005 incident to file their respective claims with the Clerk of this Court on or before the **28th day of November, 2005**;

YOU ARE THEREFORE ORDERED to cite all persons claiming damages for any loss, damage or injury caused by said incident to file their respective claims with the Clerk of this Court to serve on or mail to the attorneys for Plaintiffs a copy thereof on or before the **28th day of November, 2005**;

And you are further ORDERED to publish notice of this citation in the (1) Tacoma News Tribune, a newspaper published in Tacoma, Washington, and (2) Peninsula Gateway, a newspaper published in Gig Harbor, Washington, such notice to be published once each week for four successive weeks before the **28th day of November, 2005**, and such notice shall be in the form attached hereto, as substantially provided for in Supplemental Rule F for Certain Admiralty and Maritime Claims.

Dated this 25th day of October, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLL BLACK MISENTI & FEIG PLLC

S/_____
Joseph C. Misenti, WSBA #30961
Larry E. Altenbrun, WSBA 31475
Counsel for Plaintiffs
816 Second Avenue, Suite 300
Seattle, WA 98042
(206) 838-7555 (telephone)
(206) 838-7515 (telefax)

COUNSEL FOR PLAINTIFFS

CLERK'S CITATION TO MARSHAL TO ISSUE
NOTICE OF LIMITATION PROCEEDING - 2

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206·838·7555
FAX: 206·838·7515