THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Kerry W. Shea and Jennifer R. Shea, Individually and as a Marital Community, as owners of the M/V SATISFACTION, Hull Identification No. 26B05413, for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Civil Action No.: CV05-5633 FDB<br><br>**ORDER FOR ENTRY OF DEFAULT JUDGMENT** |

This matter, having come before this Court on PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT, and the Court having considered:

1. Plaintiffs' Motion for Entry of Default Judgment;

2. Declaration of Joseph C. Misenti;

and being fully advised, now therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Entry of Default Judgment is hereby GRANTED as follows: A judgment by default with prejudice is hereby entered against all persons, firms, corporations, municipalities, agencies and/or entities

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206·838·7555
FAX: 206·838·7515

claiming any loss, damage, injury and/or destruction occasioned by and/or resulting from the incident described in the Plaintiffs' Complaint for Exoneration From or Limitation of Liability, who did not file with the Court their claims by November 28, 2005.

Dated this 17th day of <u>March</u>, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

(CV05-5633 FDB) ORDER FOR ENTRY OF DEFAULT [PROPOSED]- 2

LAW OFFICES OF
NICOLL BLACK MISENTI & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515