THE HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Kerry W. Shea and Jennifer R. Shea, Individually and as a Marital Community, as owners of the M/V SATISFACTION, Hull Identification No. 26B05413, for Exoneration from or Limitation of Liability. | IN ADMIRALTY<br><br>NO. CV05-5633<br><br>ORDER ON PARTIES' SECOND STIPULATED MOTION FOR CONTINUANCE OF FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES PURSUANT TO FRCP 26(a) AND JOINT STATUS REPORT/DISCOVERY PLAN DEADLINES<br><br>**NOTE ON MOTION CALENDAR: November 3, 2006** |

The Court having considered the second stipulated motion of counsel for all the parties in this matter to continue for a period of six months the deadlines for the parties to conduct their FRCP 26(f) conference, provide their Initial Disclosures Pursuant to FRCP 26(a) and provide the Court with a combined Joint Status Report and Discovery Plan is hereby granted:

ORDER ON PARTIES' STIPULATED MOTION FOR CONTINUANCE OF
FRCP 26(f) CONFERENCE, ETC. - 1
(Case No. C05-5633)

01579/06 Nov 06 Shea C05-5633 OrderStipMotContFRCP26(f)Discl..doc

**TODD & WAKEFIELD**
A T T O R N E Y S   A T   L A W
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980

- The deadline for FRCP 26(f) conference is now continued to May 9, 2007;

- The due date for the parties to provide their Initial Disclosures Pursuant to FRCP 26(a) is continued to May 28, 2007; and,

- The deadline for the parties to submit their Joint Status Report and Discovery Plan is continued to June 5, 2007.

DATED this 6th day of November 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

TODD & WAKEFIELD

By_____/s/_____
   Scott C. Wakefield
   WSBA #11222
   Attorneys For Matthew Flateland d/b/a
    Puget Sound Mobile Marine Repair

ORDER ON PARTIES' STIPULATED MOTION FOR CONTINUANCE OF FRCP 26(f) CONFERENCE, ETC. - 2
(Case No. C05-5633)

01579/06 Nov 06 Shea C05-5633 OrderStipMotContFRCP26(f)Discl..doc

**TODD & WAKEFIELD**
A T T O R N E Y S   A T   L A W
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980